IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Nancy Miller v. Bayer Healthcare Pharmaceuticals Inc., et al.*   No. 3:10-cv-20509-DRH-PMF

<u>**ORDER VACATING PLAINTIFF FACT SHEET DISMISSAL**</u>

The plaintiff has filed a motion to vacate the Court's order dismissing her claims without prejudice for failure to comply with Plaintiff Fact Sheet Requirements.  Plaintiff states that she is now in compliance with CMO 12 and that Bayer is not opposed to the motion to vacate.

Accordingly, the Court hereby **VACATES** the Order dismissing without prejudice the claims of the plaintiff and thereby **REINSTATES** the same.

**IT IS SO ORDERED.**

Signed this 1st day of May, 2015.

Digitally signed by David R. Herndon
Date: 2015.05.01 14:32:20 -05'00'

**United States District Court**